753 A.2d 714

IN THE MATTER OF AARON M. SPIEZER,
AN ATTORNEY AT LAW.

June 30, 2000.

## ORDER

The Disciplinary Review Board on September 17, 1999, having filed with the Court its decision concluding that **AARON M. SPIEZER** of **CHERRY HILL**, who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with the client), *RPC* 8.4(c) (misrepresentation to client), and *RPC* 5.5(a) (failure to maintain a *bona fide* office and the unauthorized practice of law), and good cause appearing;

It is ORDERED that **AARON M. SPIEZER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 27, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.